# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
## OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Reply to Northern Division Address
Elizabeth B. Snowden, Chief Deputy

April 4, 2016

Warden
USP Lee
P.O. Box 900
Jonesville, VA 24263

Re: Kevin Glasscho, #44166-037
*United States v. Kevin Glasscho*, Criminal Case No. WDQ-09-184

Dear Sir or Madam,

This court has received a request for materials from an inmate housed at your facility. This material is being sent to you directly so that access can be made available to the inmate through your office or appropriate staff. Your assistance is appreciated.

This arrangement has also been explained to the inmate under separate letter mailed directly to him.

Sincerely,

Bonnie Jacobs

Administrative Assistant
Staff Attorney's Office